**FIFTH DIVISION**
**MCFADDEN, P. J.,**
**RAY and RICKMAN, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**July 24, 2018**

# In the Court of Appeals of Georgia

A18A1221. IN THE INTEREST OF S. M.

RICKMAN, Judge.

The district attorney for the Augusta Judicial Circuit filed a delinquency petition in the Juvenile Court of Richmond County, alleging that S. M. was delinquent for committing the act of theft by taking, a misdemeanor, in that S. M took a cell phone with a value of $1,500 or less from its owner with the intention of depriving the owner of the property. After initially denying the allegations, S. M., who was represented by counsel, formally admitted the allegations and agreed to an informal adjustment of the matter that included restitution to the victim for the lost phone. Thereafter, the court held a hearing on the amount of restitution, during which the State presented evidence on that topic. At the conclusion of the hearing, the court determined that restitution should be set at $750. The court entered an order for the

informal adjustment, including restitution in that amount, and S. M. appealed from that order, challenging, for various reasons, only the amount of the restitution ordered. The State, however, argues that the appeal should be dismissed. We agree.

An informal adjustment is a "disposition of a case other than by formal adjudication and disposition." OCGA § 15-11-2 (39).[1] Generally, an informal adjustment holds all charges in abeyance pending completion of certain conditions in a certain period of time; upon successful completion all charges will be dismissed. See *In Interest of M. T.*, 223 Ga. App. 615, 616 (478 SE2d 428) (1996). Here, the court's order provides for S. M.'s informal adjustment for a period of 90 days. The order further provides that

> This order will not expire until such time as all conditions are met. Any violations of the conditions herein will result in the matter being set on the Court's calendar for a final disposition.

Thus, the order on appeal did not render a final judgment of adjudication and disposition. See *In Interest of J. S. A.*, _ Ga. App. _ (Case No. A18A0328, decided June 20, 2018); *In the Interest of M. T.*, 223 Ga. App. at 616. Because "the order

---

[1] In order to proceed with an informal adjustment the child and his or her parent, guardian, or legal custodian must consent to the adjustment with knowledge that consent is not obligatory. See OCGA § 15-11-515 (a) (3).

appealed from is not the final judgment to be entered in the case by any court in Georgia, this appeal is premature, and the case must be dismissed without prejudice. [S. M.] is expressly granted permission to file a direct appeal from any subsequent final judgment." *In Interest of M. T.*, 223 Ga. App. at 616.

*Appeal dismissed. McFadden, P. J., and Ray, J., concur.*